PER CURIAM.
AFFIRMED. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla. 1979); Florida Dep’t of Labor and Employment Sec. v. Lindquist, 698 So.2d 299, 304-05 (Fla. 2d DCA), review denied mem., 705 So.2d 8 (Fla.1997). See also Graham v. Edwards, 472 So.2d 803, 806 (Fla. 3d DCA 1985), review denied mem., 482 So.2d 348 (Fla.1986)(“burden is on appellant to demonstrate that the trial judge abused his discretion in refusing a change of venue”).
MINER, WOLF and DAVIS, JJ., concur.